MEDICOMP, INC.,

        Plaintiff,

v.                             Case No:  6:18-cv-1515-Orl-40TBS

ABOUND SYSTEMS, LLC,

        Defendant.

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Final Default Judgment (Doc. 21) filed on January 23, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed February 7, 2019 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Final Default Judgment (Doc. 21) is **GRANTED IN PART AND OTHERWISE DENIED**.

3.      The Clerk is **DIRECTED** to enter a default final judgment for Medicomp, Inc. and against Abound Systems, LLC in the amount of **$205,332.00**, plus prejudgment interest at the rate of 6% from August 15, 2018 until entry of judgment.

4.      The Court declines to enter judgment for lost profits or completion damages.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 22, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties